No. 10-10470. Larry D. Conley, Petitioner v. Circuit Court of Wisconsin, Milwaukee County.

565 U.S. 837, 132 S. Ct. 145, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 6144.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

No. 10-10471. Roger C. Cassidy, Petitioner v. Florida.

565 U.S. 838, 132 S. Ct. 145, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 5999.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 53 So. 3d 236.

No. 10-10472. Allington Dottin, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 838, 132 S. Ct. 145, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 6071.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10473. Yi Ching Chou, Petitioner v. Colorado.

565 U.S. 838, 132 S. Ct. 145, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 6319.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

No. 10-10474. Paul David Donahoe, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 838, 132 S. Ct. 145, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 6145.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10475. Joseph Dvorak, Petitioner v. California.

565 U.S. 838, 132 S. Ct. 145, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 6126.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 10-10478. Morris Miller, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.

565 U.S. 838, 132 S. Ct. 146, 181 L. Ed. 2d 63, 2011 U.S. LEXIS 6026.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.